[No. 28905-5-I.   Division One.   December 31, 1992.]

WESTCO-STERLING FOOD COMPANY, INC., *Appellant*, v. J.R. SHORT MILLING COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-24329-6, Robert H. Alsdorf, J., entered June 7, 1991. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Baker and Kennedy, JJ.

[No. 28936-5-I.   Division One.   January 4, 1993.]

DIANE EVANS, *Individually and as Personal Representative*, ET AL, *Appellants*, v. ROBERT J. THOMPSON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-15604-4, James D. McCutcheon, Jr., J., entered July 18, 1991. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Pekelis, A.C.J., and Baker, J.

[No. 26381-1-I.   Division One.   January 4, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD SHAYNE GUNTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-05446-5, James D. McCutcheon, Jr., J., entered June 19, 1990. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Forrest and Kennedy, JJ.